UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EVERARDO RIOS-MOCTEZUMA,

    Defendant.

Case No. 3:12-CR-106

Judge Timothy S. Black
Magistrate Judge Sharon L. Ovington

## ORDER ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 15)

This case is presently before the Court on the Report and Recommendations of the United States Magistrate Judge Sharon L. Ovington. (Doc. 15). The Magistrate Judge recommends that the Defendant's plea of guilty to Count One of the Information (Doc. 12) be accepted and that Defendant be found guilty as charged in such Count. The parties filed no objections to the Report and Recommendations of the Magistrate Judge, and the time for filing objections has expired.

The Court, having reviewed the matter *de novo*, determines that the Report and Recommendations (Doc. 15) of the United States Magistrate Judge should be and is hereby **ADOPTED** in its entirety. Defendant is hereby adjudged **GUILTY** of Count 1 of the Information.

**IT IS SO ORDERED.**

Date: 9/19/12

Timothy S. Black
United States District Judge